NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

UNITED STATES,
*Plaintiff-Appellee,*

v.

GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK, ALSO KNOWN AS AMERICAN
NATIONAL FIRE INSURANCE COMPANY,
*Defendant-Appellant,*

AND

WASHINGTON INTERNATIONAL INSURANCE
COMPANY,
*Defendant.*

---

2012-1056

---

Appeal from the United States Court of International Trade in case no. 09-CV-0187, Senior Judge Richard W. Goldberg.

---

ON MOTION

---

ORDER

Great American Insurance Company of New York (Great American) moves without opposition to stay the briefing schedule pending entry of an amended judgment by the United States Court of International Trade.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Great American is directed to notify this court within 14 days of the court's entry of an amended judgment.

FOR THE COURT

DEC 0 8 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Theodore R. Posner, Esq.
    Jeanne E. Davidson, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 8 2011

JAN HORBALY
CLERK